Defendants:

Facebook, Meta, Rudy Giuliani, John Eastman, Mark Meadows, Kenneth Chesebro, Jeffrey Clark, Jenna Ellis, Ray Smith III, Robert Cheeley, Cathleen Latham, Scott Hall, Stephen Lee, Harrison Floyd, Trevian Kutti, Sidney Powell, Misty Hampton, Michael Roman, David Shafer, Shawn Still, Vladimir Putin, Twitter and Meta LLC.

FILED ___ LODGED
RECEIVED ___ COPY

AUG 29 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Relief Requested:

$100,000,000.00 for punitive damages: 100% Ownership of Defendants Assets & Liquidations: All other Reliefs Just & Proper.

Statement of Facts:

All defendants committed identity theft, fraud, U.S. Constitutional violations, RICO Acts and Due Process violations against Robert W. Johns

08/24/2023

Robert W Johnson