# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert W Johnson, | **NO. CV-23-00411-TUC-RM** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Donald J Trump, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 26, 2024, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice for failure to comply with the Court's order.

October 17, 2024

Debra D. Lucas
District Court Executive/Clerk of Court

By  s/ A. Calderón
Deputy Clerk